# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN FORREST,<br><br>PLAINTIFF,<br><br>v.<br><br>P&S TRANSPORTATION, LLC;<br>and MICHAEL BRIGGS,<br><br>DEFENDANTS. | CIVIL ACTION NO. |

_____

## NOTICE OF REMOVAL
_____

COME NOW, Defendants P&S Transportation, LLC and Michael Briggs ("Defendants") and hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice, Defendants state as follows:

### PROCEDURAL BACKGROUND AND PREREQUISITES

1. Plaintiff commenced a civil action against Defendants on or about June 17, 2021, in the State Court of Gwinnett County, State of Georgia, Civil Action File No. 21-C-04458-S2 (the "State Court Action").

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Defendant P&S Transportation, LLC was served with a copy of the Summons and Complaint in the State Court Action on July 2, 2021, and Defendant Michael

1

Briggs was served in the State Court Action on July 20, 2021.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are copies of all process and pleadings served upon Defendants to date in the State Court Action (*See* Ex. A).

4. A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the State Court of Gwinnett County, State of Georgia, and shall be served on Plaintiff. A true and correct copy of the removal notice that the undersigned will file with the Clerk of the State Court for Gwinnett County, State of Georgia is attached hereto as **Exhibit B**.

5. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1446 because the State Court Action is currently pending in this Judicial District.

## Diversity Jurisdiction

6. Removal of this action is proper under 28 U.S.C. § 1332 because the citizenships of the parties are fully diverse and the amount in controversy for Plaintiff's claim is more than $75,000.00 exclusive of interest and costs.

### *Complete Diversity of Citizenship*

7. Both at the time the Complaint was filed and at the time of filing this Notice of Removal, Plaintiff Christian Forrest is and has remained a citizen of the State of Georgia.

8. Defendant Michael Briggs is and has remained a citizen of the State of South Carolina (Compl. ¶ 29).

9. Defendant P&S Transportation, LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business at 1810 Avenue C, Birmingham, Alabama. The sole member of P&S Transportation, LLC is P&S Acquisition, LLC.  The sole member of P&S Acquisition, LLC is P&S HoldCo, LLC. The sole member of P&S HoldCo, LLC is PS FinCo 2, LLC. The sole member of PS FinCo 2, LLC is PS FinCo 1, LLC whose sole member is PS Parent, LLC. The members of PS Parent, LLC are Goodwin Enterprises, Inc. and OEP Capital Advisors, L.P. Goodwin Enterprises, Inc. is a corporation organized under the laws of the State of Alabama with its principal place of business at 1810 Avenue C, Birmingham, Alabama. OEP Capital Advisors, L.P. is a Delaware limited partnership whose partners are residents of the following country and states: Germany, Connecticut, New York, Illinois, and Massachusetts.

10. Accordingly, there exists complete diversity of citizenship between Plaintiff and Defendants.

*Amount in Controversy*

11. Plaintiff's pre-suit demand alleges special damages for medical expenses paid for his injuries to both his arms, both his legs and his neck, as well as

non-economic damages for pain and suffering and loss of enjoyment of life.

12. Plaintiff submitted a pre-suit demand letter that included allegations of special damages of $93,056.06. Plaintiff also seeks non-economic general damages and costs in an unspecified amount (Compl. ¶¶ 77, 81, Prayer for Relief). The following table itemizing Plaintiff's alleged special damages was included in Plaintiff's pre-suit demand letter:

| | |
|---|---|
| Northside Hospital - Lawrenceville | $837.00 |
| Gwinnett Emergency Specialists | $783.07 |
| Neuro Spine Atlanta | $2,950.00 |
| Barbour Orthopaedics and Sports Medicine- Gwinnet | $49,072.56 |
| Lost Wages | $26,846.00 |
| 401 K Withdraw | $9,777.78 |
| Property Damage | $2,789.65 |
| TOTAL | $93,056.06 |

13. In circumstances such as presented in the instant case, "a removing defendant is not required to prove the amount in controversy beyond all doubt or to banish all uncertainty about it." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010). Plaintiff has claimed compensatory damages, including non-economic damages and special damages in the form of present and future medical expenses.

14. Unspecified claims for general damages may be used to satisfy the amount in controversy requirement for removal. *See Buescher v. Falcon Mezzanine Partners, LP*, No. 7:07-CV-89 (HL), 2008 U.S. Dist. LEXIS 41809, at *10 (M.D. Ga. 2008) (confirming that it is "undoubtedly true" that the Eleventh Circuit permits litigants to use general damages to satisfy the amount in controversy requirement); *Turner v. Wal-Mart Stores, Inc.*, No. 7:11-CV-181 (HL), 2012 U.S. Dist. LEXIS 2428, *3 (M.D. Ga. 2012) (finding alleged special damages totaling $58,652.94 and unspecified general damages were sufficient for amount in controversy requirement). When accompanied by evidence, the Court is permitted to use "reasonable deductions, reasonable inferences, or other reasonable extrapolations" in assessing amount in controversy. *Pretka*, 608 F.3d at 754.

15. Accordingly, based on Plaintiff's allegations and the evidence of special damages incurred to date presented by Plaintiff in his demand, the amount in controversy in this case exceeds $75,000.00.

**WHEREFORE**, for the foregoing reasons, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441. Defendants respectfully request that this action proceed before this Court.

Respectfully submitted this 29th day of July, 2021.

                                        O'DANIEL McDONALD, LLC

                                        <u>/s/Clay S. O'Daniel</u>
                                        Clay S. O'Daniel
                                        Georgia Bar No. 843070
                                        William S. Weston
                                        Georgia Bar No. 929666
                                        9040 Roswell Road, Suite 500
                                        Atlanta, GA 30350
                                        (404) 419-6300
                                        (404) 419-6301 fax
                                        codaniel@odmclaw.com
                                        wweston@odmclaw.com

                                        *Attorneys for Defendants*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

This 29th day of June, 2021.

/s/Clay S. O'Daniel
Clay S. O'Daniel

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served the Plaintiff's counsel of record with a copy of the within and foregoing **NOTICE OF REMOVAL** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

R. Sean McEvoy
Witherite Law Group, LLC
600 West Peachtree Street, NW
Suite 740
Atlanta, GA 30308

This 29th day of July, 2021.

/s/Clay S. O'Daniel
Clay S. O'Daniel