**EXHIBIT A**

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

21-C-04458-S2
6/17/2021 8:52 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of __GWINNETT_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number **21-C-04458-S2**_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

FORREST   CHRISTIAN

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

P & S TRANSPORTATION, LLC

BRIGGS   MICHAEL

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☑ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
        **Case Number**                        **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Copy from re:SearchGA

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-04458-S2**

**6/17/2021 8:52 AM**

**TIANA P. GARNER, CLERK**

### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

CHRISTIAN FORREST;

    Plaintiff,

v.

P&S TRANSPORTATION, LLC;
and MICHAEL BRIGGS;

    Defendants.

CIVIL ACTION

FILE NO. **21-C-04458-S2** _____

### COMPLAINT FOR DAMAGES

COMES NOW PLAINTIFF, by and through counsel of record, and files this Complaint for Damages showing this Honorable Court as follows:

1.

This is an action for personal injury damages arising out of a collision involving a tractor-trailer operated by Defendants P & S TRANSPORTATION, LLC (hereinafter "P & S TRANSPORTATION") and its driver, MICHAEL BRIGGS, and Plaintiff's vehicle that occurred on Hosea Road at or near its intersection with Seaboard Industrial Road on May 6, 2020 in Gwinnett County, Georgia.

### PARTIES, JURISDICTION, AND VENUE

2.

P & S TRANSPORTATION is a corporation.

3.

P & S TRANSPORTATION may be served with summons and complaint through the Georgia Non-Resident Motorist Statute.

**COMPLAINT FOR DAMAGES – Page 1**

Copy from re:SearchGA

4.

The Federal Motor Carrier Safety Regulations require that every interstate motor carrier (of property or passengers) shall designate a process agent, upon whom court papers may be served in any legal proceeding brought against such motor carrier.  This designation shall be made for each State, in which the motor carrier is authorized to operate and for each State traversed during such operations. P & S TRANSPORTATION has designated Christy Lamica at 11 Chestnut St, Bloomingdale, GA 31302 as its BOC-3 agent for service of process in the State of Georgia.

5.

P & S TRANSPORTATION may be served with summons and complaint through the BOC-3 Designated Process Agent: Christy Lamica at 11 Chestnut St, Bloomingdale, GA 31302.

6.

Once served with process, P & S TRANSPORTATION is subject to the jurisdiction of this Court.

7.

P & S TRANSPORTATION was properly served with process in this civil action.

8.

P & S TRANSPORTATION was sufficiently served with process in this civil action.

9.

Venue in the above-styled civil action is proper in this County and Court as to P & S TRANSPORTATION.

10.

At all times material to this Complaint, P & S TRANSPORTATION was registered with the United States Department of Transportation's Federal Motor Carrier Safety Administration as a for-hire interstate motor carrier of property.

Copy from re:SearchGA

11.

At all times material to this Complaint, the United States Department of Transportation's Federal Motor Carrier Safety Administration ("FMCSA") assigned P & S TRANSPORTATION with USDOT No. 1243338.

12.

At the time of the collision described in this Complaint, Defendant P & S TRANSPORTATION was registered with the FMCSA as an interstate motor carrier.

13.

At the time of the collision described in this Complaint, Defendant P & S TRANSPORTATION was registered with the FMCSA as an interstate motor carrier of property.

14.

At the time of the collision described in this Complaint, Defendant P & S TRANSPORTATION was registered with the FMCSA as a for-hire interstate motor carrier.

15.

At the time of the collision described in this Complaint, Defendant P & S TRANSPORTATION was registered with the FMCSA as an interstate motor carrier and was operating a motor vehicle with a gross vehicle weight rating of 26,001 or more pounds.

16.

At all times material hereto, P & S TRANSPORTATION was subject to the Federal Motor Carrier Safety Regulations and all subsequent amendments thereto, promulgated, approved, and adopted by the United States Department of Transportation ("USDOT") contained in Title 49 of the Code of Federal Regulations.

17.

At all times material hereto, P & S TRANSPORTATION was not permitted to operate a motor vehicle over the public roadways unless it as a motor carrier had obtained and had in effect the minimum levels of financial responsibility as set forth in 49 CFR § 387.9.

Copy from re:SearchGA

18.

At all times material hereto, P & S TRANSPORTATION was required 49 CFR § 387.9 to have in effect and did have in effect a policy of motor vehicle insurance with liability limits of at least $750,000.00.

19.

At all times material hereto, P & S TRANSPORTATION was required 49 CFR § 387.9 to have in effect and did have in effect a policy of motor vehicle insurance with liability limits of at least $750,000.00.

20.

At the time of the collision described in this Complaint, MICHAEL BRIGGS was operating a tractor-trailer over the public roadways in Gwinnett County, Georgia.

21.

At the time of the collision described in this Complaint, MICHAEL BRIGGS was operating a tractor-trailer owned by Defendant P & S TRANSPORTATION over the public roadways in Gwinnett County, Georgia.

22.

At the time of the collision described in this Complaint, MICHAEL BRIGGS was operating a tractor-trailer owned by Defendant P & S TRANSPORTATION over the public roadways in Gwinnett County, Georgia.

23.

At the time of the collision described in this Complaint, MICHAEL BRIGGS was operating a tractor-trailer with the permission of Defendant P & S TRANSPORTATION over the public roadways in Gwinnett County, Georgia.

Copy from re:SearchGA

24.

At the time of the collision described in this Complaint, MICHAEL BRIGGS was responsible for the safe and reasonable operation of a commercial motor vehicle over the public roadways within and throughout the State of Georgia.

25.

At all times material hereto, MICHAEL BRIGGS was subject to the Federal Motor Carrier Safety Regulations and all subsequent amendments thereto, promulgated, approved, and adopted by the United States Department of Transportation contained in Title 49 of the Code of Federal Regulations as approved and adopted by the State of Georgia.

26.

At the time of the collision described in this Complaint, Defendant MICHAEL BRIGGS was a permissive driver.

27.

At the time of the collision described in this Complaint, Defendant MICHAEL BRIGGS was a permissive driver and covered by a policy of automobile liability insurance.

28.

At the time of the collision described in this Complaint, Defendant MICHAEL BRIGGS was a permissive driver and covered by a policy of automobile liability issued by P & S RISK RETENTION GROUP.

29.

Defendant MICHAEL BRIGGS resides at 800 North Lucas St., Apartment R6, West Columbia, South Carolina 29169 and may be served with a copy of the summons and complaint at this address.

30.

Once served with process, MICHAEL BRIGGS is subject to the jurisdiction and venue of this Court.

**COMPLAINT FOR DAMAGES – Page 5**

Copy from re:SearchGA

31.

MICHAEL BRIGGS was properly served with process in this civil action.

32.

MICHAEL BRIGGS was sufficiently served with process in this civil action.

33.

Venue in the above-styled civil action is proper in this County and Court as to MICHAEL
BRIGGS.

### FACTS

34.

Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth herein.

35.

On May 6, 2020 at the time of the collision described in this Complaint, the Defendant
MICHAEL BRIGGS was operating the tractor-trailer on Hosea Road in the left lane.

36.

On May 6, 2020 at the time of the collision described in this Complaint, the Defendant
MICHAEL BRIGGS was operating the tractor-trailer on Hosea Road travelling southbound.

37.

On May 6, 2020 at the time of the collision described in this Complaint, Plaintiff
CHRISTIAN FORREST was also travelling south on Hosea Road directly behind the Defendant.

38.

On May 6, 2020 at the time of the collision described in this Complaint, Defendant
MICHAEL BRIGGS began to move into the right lane.

39.

On May 6, 2020 at the time of the collision described in this Complaint, Defendant
MICHAEL BRIGGS began to move into the right lane that is used to make a right hand turn into
the Blue Linx facility.

Copy from re:SearchGA

40.

On May 6, 2020 at the time of the collision described in this Complaint, after Defendant MICHAEL BRIGGS moved into the right turn lane, Plaintiff began to pass the Defendants' tractor trailer using the left lane of traffic.

41.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS made a left-hand turn.

42.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS made a left-hand turn from the right turn lane.

43.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS made a left-hand turn without using his left blinker.

44.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS made a left-hand turn without looking in his mirrors for any traffic passing him on the left.

45.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS was talking on his phone.

Copy from re:SearchGA

46.

On May 6, 2020 at the time of the collision described in this Complaint, as Plaintiff was passing the Defendants' tractor trailer using the left lane of traffic, Defendant MICHAEL BRIGGS was talking on his phone.

47.

On May 6, 2020 at the time of the collision described in this Complaint, Defendant MICHAEL BRIGGS's made a left-hand turn in front of Plaintiffs' vehicle.

48.

On May 6, 2020 at the time of the collision described in this Complaint, Plaintiff attempted to avoid colliding with Defendants' tractor-trailer by swerving to the left.

49.

On May 6, 2020 at the time of the collision described in this Complaint, Defendant MICHAEL BRIGGS's tractor-trailer struck Plaintiff's vehicle as it was passing the tractor-trailer.

50.

Diagram No. 1 below is a not to scale diagram depicting the collision described in this Complaint.



Diagram No. 1

Copy from re:SearchGA

51.

No act or failure to act on the part of any Plaintiff caused or contributed to the cause of the collision described in this Complaint.

52.

No act or failure to act on the part of any third party caused or contributed to the collision described in this Complaint.

53.

No act or failure to act on the part of any third party caused or contributed to the injuries suffered by Plaintiff in the collision described in this Complaint.

54.

No act or failure to act on the part of a Plaintiff caused or contributed to the cause of his claimed injuries.

55.

No act or failure to act on the part of any third party caused or contributed to the collision described in this Complaint.

56.

Plaintiff was an innocent victim of the collision described in this Complaint.

57.

The collision described in this Complaint caused Plaintiff to suffer injuries, losses, and damages.

58.

Defendant P & S TRANSPORTATION agrees that Defendants should fully and fairly compensate Plaintiff for all injuries, losses, and damages that Plaintiff proves were more likely than not caused by the collision described in this Complaint.

Copy from re:SearchGA

59.

Defendant MICHAEL BRIGGS agrees that Defendants should fully and fairly compensate Plaintiff for all injuries, losses, and damages that Plaintiff proves were more likely than not caused by the collision described in this Complaint.

60.

Defendant MICHAEL BRIGGS was an employee of P & S TRANSPORTATION at the time of the collision described in this Complaint.

61.

Defendant MICHAEL BRIGGS was acting in the course and scope of his employment with Defendant P & S TRANSPORTATION at the time of the collision described in this Complaint.

62.

Defendant MICHAEL BRIGGS was an agent of P & S TRANSPORTATION at the time of the collision described in this Complaint.

63.

Defendant MICHAEL BRIGGS was acting in the course and scope of his agency with Defendant P & S TRANSPORTATION at the time of the collision described in this Complaint.

### COUNT I - LIABILITY OF DEFENDANT MOTOR CARRIER

### P & S TRANSPORTATION, LLC

64.

Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth herein.

65.

P & S TRANSPORTATION was the owner of the truck described in this Complaint.

66.

P & S TRANSPORTATION was the owner of the trailer described in this Complaint.

Copy from re:SearchGA

67.

P & S TRANSPORTATION was the motor carrier responsible for the hiring, training qualifying and supervising of all drivers operating its trucks, including for MICHAEL BRIGGS.

68.

P & S TRANSPORTATION negligent in the following ways:

a.    Negligently inspecting the tractor-trailer that Defendant MICHAEL BRIGGS was operating at the time of the collision described in this Complaint;

b.    Negligently maintaining the tractor-trailer that Defendant MICHAEL BRIGGS was operating at the time of the collision described in this Complaint;

c.    Negligently failing to keep the tractor-trailer that Defendant MICHAEL BRIGGS was operating at the time of the collision described in this Complaint in proper repair and working order;

d.    Negligently hiring or contracting with Defendant MICHAEL BRIGGS to drive the tractor-trailer at issue;

e.    Negligently training Defendant MICHAEL BRIGGS;

f.    Negligently entrusting Defendant MICHAEL BRIGGS to drive the tractor-trailer in a reasonably safe manner;

g.    Negligently retaining Defendant MICHAEL BRIGGS to drive the tractor-trailer at issue;

h.    Failing to supervise Defendant MICHAEL BRIGGS; and

i.    Otherwise failing to act as a reasonably prudent company under the circumstances.

69.

As a direct and proximate result of the negligence of Defendant motor carrier P & S TRANSPORTATION and its driver, MICHAEL BRIGGS, in the ensuing collision, Plaintiff's sustained injuries.

Copy from re:SearchGA

70.

Defendant motor carrier P & S TRANSPORTATION, and its driver, MICHAEL BRIGGS, are liable for all damages allowed by law for the injuries, damages, and losses sustained by Plaintiff as a result of the collision described in this Complaint.

## COUNT II:  *RESPONDENT STATE* LIABILITY OF DEFENDANT P & S TRANSPORTATION
## FOR NEGLIGENCE OF ITS DRIVER MICHAEL BRIGGS

71.

Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth herein.

72.

At all relevant times, MICHAEL BRIGGS owed the following civil duties to Plaintiff but violated those duties in the following ways:

a.      Colliding into that was next to him;

b.      Failing to keep a proper lookout for traffic;

c.      Failing to make reasonable and proper observations while driving;

d.      Failing to drive at a reasonable and prudent speed under the conditions;

e.      Failing to drive at a reasonable distance;

f.      Failing to obey traffic laws; and

g.      Otherwise failing to act reasonably and prudently as a driver should under the circumstances.

73.

Defendant MICHAEL BRIGGS was also negligent *per se* in the cause of this collision.

Copy from re:SearchGA

74.

P & S TRANSPORTATION 's driver MICHAEL BRIGGS was also negligent *per se* in that he violated a number of laws and regulations governing his operation of a vehicle, including:

a.      Failure to Maintain Lane (O.C.G.A. § 40-6-48);

b.      Failing to Drive with Due Care (O.C.G.A. § 40-6-241);

c.      Failing to Obey Traffic Laws (O.C.G.A. § 40-6-1); and

d.      Failing to Turn Safely (O.C.G.A . §40-6-123).

75.

As a direct and proximate result of the negligence of Defendant MICHAEL BRIGGS, Plaintiff sustained injuries, losses and damages.

76.

Defendant P & S TRANSPORTATION is responsible and liable for the negligent acts of its driver, MICHAEL BRIGGS, under a theory of *respondeat superior* and control.

77.

As a direct and proximate result of the negligence and negligence *per se* of Defendant MICHAEL BRIGGS, Plaintiff incurred and is entitled to recover special damages, including, but not limited to, past and future medical expenses and past and future lost income, and other miscellaneous expenses, in an amount that will be proved at trial. Plaintiff is also entitled to recover for their general damages, including past and future pain and suffering and related damages.

Copy from re:SearchGA

### COUNT III: COMBINED AND CONCURRING LIABILITY FOR COMPENSATORY DAMAGES

78.

Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth herein.

79.

Defendant P & S TRANSPORTATION and/or its driver, MICHAEL BRIGGS, acted in a manner which either alone, and/or combined and concurring with the actions of the other such Defendant's acts of negligence described herein, directly and proximately caused the collision and Plaintiff's injuries, losses and damages.

80.

As a direct and proximate result of the negligence of Defendant P & S TRANSPORTATION and its driver, MICHAEL BRIGGS, Plaintiffs were physically injured, have suffered, and will continue to suffer pain, disability, loss of earning capacity, loss of enjoyment of life, anxiety, and related damages.

81.

As a direct and proximate result of the breaches of duty by Defendant P & S TRANSPORTATION and its driver, MICHAEL BRIGGS, Plaintiff is entitled to recover fair and full compensation for all injuries and damages that have been suffered as a proximate result of the collision and that will be suffered in the future as a result of the collision, including, without limitation, all special damages and compensatory damages, medical expenses, lost wages, and other necessary expenses, as well as fair and full compensation for all pain and suffering, including physical pain, mental and emotional suffering, shock of impact, disability, worry, anxiety, loss of enjoyment of life, loss of capacity to work, and other categories of damages provided for under the law.

Copy from re:SearchGA

**WHEREFORE**, Plaintiff prays that the following relief be granted:

a)      A trial by jury;

b)      For Summons and Complaint to issue against each Defendant;

c)      For judgment against each Defendant to compensate Plaintiff for past and future injuries, losses and damages;

d)      Court costs, discretionary costs, and prejudgment interest; and

e)      For all such further and general relief which this Court deems just and proper.

Dated this 17th day of June 2021.

WITHERITE LAW GROUP, LLC

/s/ R. Sean McEvoy

R. SEAN MCEVOY
GEORGIA STATE BAR NUMBER 490918
ATTORNEY FOR PLAINTIFF

600 WEST PEACHTREE STREET, NW, SUITE 740
ATLANTA, GA 30308
TELEPHONE:   470-480-7540
FACSIMILE:   470-480-5095
E-MAIL:   SEAN.MCEVOY@WITHERITELAW.COM

Copy from re:SearchGA

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04458-S2**
**6/17/2021 8:52 AM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

<u>Christian Forrest c/o Witherite Law Group</u>

600 W Peachtree ST NW, Suite 740,

Atlanta, GA 30308

PLAINTIFF

CIVIL ACTION
NUMBER:_____ **21-C-04458-S2**_____

VS.

Michael Briggs

800 North Lucas St., Apartment R6,

West Columbia, South Carolina 29169

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

R. Sean McEvoy
Witherite Law Group, LLC
600 W. Peachtree St., NW, Suite 740
Atlanta, Georgia 30308

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____**17TH**_____ day of _____**JUNE**_____, 20**21**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04458-S2**
**6/17/2021 8:52 AM**
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Christian Forrest c/o Witherite Law Group

600 W Peachtree ST NW, Suite 740,

Atlanta, GA 30308

CIVIL ACTION **21-C-04458-S2**
NUMBER: _____

PLAINTIFF

VS.

P& S Transportation, LLC

c/o Christy Lamica

11 Chestnut St, Bloomingdale, GA 31302

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

R. Sean McEvoy
Witherite Law Group, LLC
600 W. Peachtree St., NW, Suite 740
Atlanta, Georgia 30308

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____**17TH**____ day of _____**JUNE**_____, 20__**21**__.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-04458-S2**

**7/20/2021 3:12 PM**

TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case: 21-C-04458-S2 | Court: Gwinnett County State Court, State of Georgia | County: Gwinnett, GA | Job: 5798560 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christian Forrest | | **Defendant / Respondent:** P&S Transportation, LLC; And Michael Briggs | |
| **Received by:** Chilton Gibbs and Associates, LLC | | **For:** Witherite Law Group, LLC | |
| **To be served upon:** P&S Transportation, LLC c/o Christy Lamica, Registered Agent ; And Michael Briggs | | | |

I, J Alexander Chilton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Michael Briggs, 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005 |
| **Manner of Service:** | Personal/Individual, Jul 20, 2021, 11:18 am EDT |
| **Documents:** | Summons and Complaint for Damages (Received Jun 17, 2021 at 10:47am EDT) |

**Additional Comments:**

1) Unsuccessful Attempt: Jun 23, 2021, 3:26 pm EDT at 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005
No answer at door.

2) Unsuccessful Attempt: Jun 29, 2021, 7:17 pm EDT at 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005
No answer at door.

3) Unsuccessful Attempt: Jul 3, 2021, 10:10 am EDT at 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005
No answer at door.

4) Investigative Effort: Jul 8, 2021, 9:06 am EDT
After making three attempts at 800 N Lucas Street Apt R6, and not having contact with the defendant a person locate was conducted. Through the use of open source information, social media, and aggregated data services, it was determined, 800 N. Lucas Street, Apt R6, was most likely the defendant's current address. It was also determined that the defendant was connected to 1524 Platt Springs, Apt 25, West Columbia, SC 29169. This address was determined to be the residence of Geraldine Briggs, possible ex-wife of the defendant.

5) Unsuccessful Attempt: Jul 13, 2021, 7:18 am EDT at 1524 Platt Springs Road 25, Columbia , South Carolina 29169
No answer at door.

6) Unsuccessful Attempt: Jul 13, 2021, 2:45 pm EDT at 1524 Platt Springs Road 25, Columbia , South Carolina 29169
I Spoke with a military aged male that identified himself as the defendant's son. He stated the defendant did not live at this address and infact this was his mothers house. He did not want to give me the defendant's cell phone number but did take my card with the understanding that he would have the defendant call me.

7) Unsuccessful Attempt: Jul 17, 2021, 8:38 am EDT at 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005
No answer at door.

8) Unsuccessful Attempt: Jul 17, 2021, 8:50 am EDT at 1524 Platt Springs Road 25, Columbia , South Carolina 29169
I traveled back to1524 Platt Springs Road Apt 25. I Spoke with the same military aged male that previously identified himself as the defendant's son. The male called the defendant from his cell phone. I had a conversation with a male that identified himself as the defendant. I identified myself and the reason I was trying to reach him. The defendant stated that he was a full time OTR truck driver and was rarely home. After a few minuets of conversation the defendant agreed to meet with me the next time he was back home in Columbia, SC. The defendant provided his cell phone number. After the call, we sent text messages to each other to confirm that we had each others number.

9) Successful Attempt: Jul 20, 2021, 11:18 am EDT at 800 N Lucas St Apartment R6, West Columbia, SC 29169-7005 received by Michael Briggs. Age: 45-55; Ethnicity: African American; Gender: Male; Weight: 215; Height: 6'1"; Hair: Black; Eyes: Brown; Relationship: Self;
After receiving a phone call from the defendant stating he was at home in Columbia, I traveled to meet the defendant. The Defendant positively identified self at time of service.

Copy from re:SearchGA

J Alexander Chilton                    Date

Chilton Gibbs and Associates, LLC
723 Main Street
Stone Mountain, GA 30083
404-368-3049

*Subscribed and sworn to before me by the affiant who is*
*personally known to me.*

Notary Public

Date                    Commission Expires



Copy from re:SearchGA

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-04458-S2**

**7/6/2021 9:13 AM**
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case: 21-C-04458-S2 | Court: Gwinnett County State Court, State of Georgia | County: Gwinnett, GA | Job: 5798560 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christian Forrest | | **Defendant / Respondent:** P&S Transportation, LLC; And Michael Briggs | |
| **Received by:** Chilton Gibbs and Associates, LLC | | **For:** Witherite Law Group, LLC | |
| **To be served upon:** P&S Transportation, LLC c/o Christy Lamica, Registered Agent | | | |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Christy Lamica, 11 Chestnut St, Bloomingdale, GA 31302 |
| **Manner of Service:** | Registered Agent, Jul 2, 2021, 2:51 pm EDT |
| **Documents:** | Summons and Complaint for Damages (Received Jun 17, 2021 at 10:47am EDT) |

**Additional Comments:**
1) Successful Attempt: Jul 2, 2021, 2:51 pm EDT at 11 Chestnut St, Bloomingdale, GA 31302 received by Christy Lamica. Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 185; Height: 5'7"; Hair: Brown;

Thomas David Gibbs III            Date   7/5/21

Chilton Gibbs and Associates, LLC
723 Main Street
Stone Mountain, GA 30083
404-368-3049

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   7/5/21

Commission Expires   12/23/2024

AMMY M...
NOTARY
PUBLIC
DEKALB COUNTY, GEORGIA

Copy from re:SearchGA

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY GA

2020 NOV -6  AM 11: 24

RICHARD ALEXANDER, CLERK

IN RE: Permanent Process Servers

Case Number:   20  C  07503-5

### ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and
considered, said applicant is hereby appointed permanent process server of this court
pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including
January 4, 2022.**

This order allows the applicant to serve as a process server in Gwinnett County State
Court matters only, on an annual renewable basis.

SO ORDERED this ___leth___ day of ___November___, 20 _20_.


_____
Presiding Judge
Gwinnett County State **Court**


Applicant:
Name    Thomas David Gibbs III

Address    1615 Corinth Court
Stone Mountain, GA 30083
404-484-2197